Mr. Fernando Artavia #256796
Osborn Correctional Inst.
P.O. Box 100
Somers, Conn. 06071
February 03, 2005

United States District Court
Federal Building
Office of the Clerk
450 Main Street
Hartford, Conn 06103

RECEIVED
FEB 04 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

Attn: Deputy Clerk

Re: United States of America
        v.
    Fernando Artavia, Criminal Case # 3:01CR213
    Count One, Title 21, U.S.C. § 846           (AVC)

Dear Clerk,

   Hi, my name is Fernando Artavia #256796 and I'm currently housed here at the Osborn Correctional Institution in Somers, Connecticut.

   At this time, I'm addressing the U.S. Courthouse's Office of the Clerk, Because I am seeking to obtain copies of the transcripts in the above mentioned matter. In which I was indicted on in this courthouse.

This information (Transcripts) will help me in an administrative matter. I hope that this honorable office of the court will honor my request, and forward the information to me here at the Facility.

Sincerely,

Fernando Artavia

Fernando Artavia