3:01cr00213 (AVC). February 8, 2005. Construed as motion for copies of court records, the motion is denied without prejudice to its refiling after the defendant has furnished the court with a reason for his request, i.e., petition for habeas relief, and has filed the required motion to proceed in forma pauperis. Further, any future request must state with specificity the records/transcripts sought. The clerk of the court is kindly asked to furnish the defendant with the appropriate application materials for proceeding in forma pauperis. All further submissions must be filed with the clerk's office with a copy mailed to the United States Attorney for the District of Connecticut.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.

---

3:01cr 213
United States District Court
Federal Building
the Clerk
ain Street
Conn 06103

Mr. Fernando Artavia #256796
Osborn Correctional Inst.
P.O. Box 100
Somers, Conn 06071

February 03, 2005

Attn: Deputy Clerk,

Re: United States of America
v.
Fernando Artavia, Criminal Case # 3:01CR213 (AVC)
Count One, Title 21, U.S.C. § 846

RECEIVED
FEB 04 2005
U.S. DISTRICT COURT
HARTFORD CONN

rk,

y name is Fernando Artavia #256796 and I'm curr
sed here at the Osborn Correctional Institution in
onnecticut.

time, I'm addressing the U.S Courthouse/
the Clerk. Because I am seeking to obtain copie
ranscripts in the above mentioned matter.
h I was indicted on in this courthouse.