# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. FERNANDO ARTAVIA                                    Docket No. 3:01CR00213(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Fernando Artavia, who was sentenced to 84 months' incarceration for a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base, by the Honorable Alfred V. Covello, Senior U.S. District Judge, sitting in the court at Hartford, Connecticut on April 2, 2003, who fixed the period of supervision at 4 years which commenced on December 15, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Office; and 2) The defendant shall participate in a mental health treatment program which may include counseling. The term of supervised release is projected to expire on December 14, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Mandatory Condition:    "You shall not commit another federal, state, or local crime."
                        "You shall not illegally possess a controlled substance."

On September 11, 2007, Meriden Police responded to the area of 29 Garden Street on a complaint of drug sales. Police surveilled the residence at 29 Garden Street and observed Mr. Artavia approach and then engage in what appeared to be a narcotics transaction with a female at the location. As Mr. Artavia was walking away from the area, he was stopped by police. After a brief struggle, he was detained and found in possession of 3 zip lock baggies, each containing large off-white rock-like substances with a total weight of 10.0 grams, and $56. The substances field tested positive for cocaine. Mr. Artavia was charged with Possession of Narcotics, Possession of Narcotics with Intent to Sell-Over One Ounce, Possession of Narcotics with Intent to Sell Within a School Zone, and Interfering with a Police Officer. The matters remain pending in Meriden Superior Court under docket number CR07-0242787 with an appearance date scheduled for September 25, 2007. Mr. Artavia was remanded by state parole authorities and is being held as a parole violator.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be lodged as a detainer and the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this  5TH
day of  OCTOBER , 2007 and ordered filed and made
a part of the records in the above case

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

_____
Sandra L. Hunt
Senior United States Probation Officer

Place  HARTFORD, CT.

Date  Oct. 5, 2007

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this  5TH  day of ~~September~~ October 2007, at Hartford, Connecticut, Sr. U.S. Probation Officer Sandra Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

PROB 19
(Rev. 1/82)

# United States District Court

for

**DISTRICT OF CONNECTICUT**

U.S.A. vs FERNANDO ARTAVIA                                Docket No. 0205-3:01CR00213-001

TO:[1]    Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Fernando Artavia ||| SEX<br>Male | RACE<br>White/His | AGE<br>27 |
| ADDRESS (STREET, CITY, STATE)<br>97 Draper Avenue, Meriden, Connecticut 06450 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Alfred V. Covello, Senior U.S. District Judge |||| DATE IMPOSED<br>04/02/2003 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |||||
| The Honorable Alfred V. Covello, Senior U.S. District Judge, Hartford, Connecticut |||||
| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK<br>A. Montgomery || DATE<br>10/5/07 ||
| RETURN |||||
| **Warrant received and executed** | DATE RECEIVED || DATE EXECUTED ||
| EXECUTING AGENCY (NAME AND ADDRESS) |||||
| NAME | (BY) || DATE ||

By_____
Deputy Clerk