UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

v.                                :          Crim. No. 3:01CR213 (AVC)

FERNANDO ARTAVIA                  :

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant U.S. Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, December 18, 2007 at 11:00 a.m., there will come before this Court, at Hartford, Connecticut, the criminal case of United States v. Fernando Artavia, Criminal Number 3:01CR130(AVC), for a supervised release hearing.

2. That the above named defendant, FERNANDO ARTAVIA, is charged with noncompliance with the conditions of his supervised release, with a violation of Title 18, United States Code, Section 3583.

3. That the said FERNANDO ARTAVIA is now confined at the Osborn Correctional Institution, 335 Bilton Road, Somers, CT 06071 serving his sentence for state charges.

4. That the said FERNANDO ARTAVIA should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

- 2 -

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Orborn Correctional Institution, 335 Bilton Road, Somers, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said FERNANDO ARTAVIA on Tuesday, December 18, 2007, at 11:00 a.m. at the United States Courthouse, 450 Main Street, Hartford, CT 06103, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

FOR: MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT01503
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
fax (203) 821-3829
MIKE.GUSTAFSON@USDOJ.GOV

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, OSBORN CORRECTIONAL INSTITUTION, 335 BILTON ROAD SOMERS, CT 06071, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **FERNANDO ARTAVIA** (DOB: 8/26/1980) now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **FERNANDO ARTAVIA** before the United States District Court, District of Connecticut, at the United States Courthouse, **450 Main Street, Hartford,** Connecticut, on **Tuesday, December 18, 2007,** or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said FERNANDO ARTAVIA for violation of Title 18, United States Code, Section 3583, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said FERNANDO ARTAVIA to the Warden, **Osborn Correctional Institution,** 335 Bilton Road, Somers, Connecticut, 06071 for safe and secure conduct.

ROBERTA D. TABORA
_____
CLERK, UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this ___ of Dec., 200_.

_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By_____
Deputy Clerk